# Exhibit A

| Def. No | Platform | Seller Name | ASIN(S) | Seller ID | Status |
|---|---|---|---|---|---|
| 1 | aliexpress | Shop1104781700 Store | 3256809061869690 | 1104782680 | |
| 2 | aliexpress | Homome Store | 3256807431545780 | 1103571608 | |
| 3 | aliexpress | KingLED - Household Furniture Store | 3256807940617830 | 1104234083 | |
| 4 | aliexpress | LAITEPAKE Official Store | 2255800694784940 | 2794197 | |
| 5 | aliexpress | KOSCHEAL - Homome Store | 3256807452220020 | 1103571608 | |
| 6 | Amazon | FECiDA Grow Light | B093BLNT14 | A2EGUSEQOTD5XI | |
| 6 | Amazon | FECiDA Grow Light | B08G7Y1STZ | A2EGUSEQOTD5XI | |
| 6 | Amazon | FECiDA Grow Light | B08XW2ZYGL | A2EGUSEQOTD5XI | |
| 6 | Amazon | FECiDA Grow Light | B0CCL68R4J | A2EGUSEQOTD5XI | |
| 6 | Amazon | FECiDA Grow Light | B0CCLZ3Z5P | A2EGUSEQOTD5XI | |
| 6 | Amazon | FECiDA Grow Light | B0CFGPHSY7 | A2EGUSEQOTD5XI | |
| 7 | Amazon | GroCruiser Grow Light (TOMDAHOME-US) | B0931X464J | A69XPDQSC1GW6 | |
| 7 | Amazon | GroCruiser Grow Light (TOMDAHOME-US) | B098JR8NNQ | A69XPDQSC1GW6 | |
| 7 | Amazon | GroCruiser Grow Light (TOMDAHOME-US) | B098JQWXZ2 | A69XPDQSC1GW6 | |
| 8 | Amazon | FOXGARDEN | B0CQ2HZJGB | AVUA56T06BR0I | |
| 9 | Amazon | JINHONGTO | B0B4HG7SKF | AY8KHO9I8EYT7 | |
| 9 | Amazon | JINHONGTO | B0B4HFXJQ4 | AY8KHO9I8EYT7 | |
| 10 | Amazon | KingLED | B0185OLBPK | A26I3HLV1WKXWW | |
| 10 | Amazon | KingLED | B01JLKUA2W | A26I3HLV1WKXWW | |
| 10 | Amazon | KingLED | B01MY27Q9H | A26I3HLV1WKXWW | |
| 10 | Amazon | KingLED | B07DXJW7X5 | A26I3HLV1WKXWW | |
| 10 | Amazon | KingLED | B083QFPF19 | A26I3HLV1WKXWW | |
| 11 | Amazon | Philzon | B076WWKC6J | AH440WDUIAWYA | |
| 12 | Amazon | BESTVA | B01871AHTC | AK8SWYT2R4AXW | |
| 12 | Amazon | BESTVA | B01MT2SGER | AK8SWYT2R4AXW | |
| 12 | Amazon | BESTVA | B0DLF88PZC | AK8SWYT2R4AXW | |
| 12 | Amazon | BESTVA | B083R18DSB | AK8SWYT2R4AXW | |
| 13 | Amazon | MUZERDO - Dongguan Lingxing Optoelectronics Co., LTP | B0D97HLF7N | Unavailable | |
| 14 | Amazon | MAHLER GATES | B0DB5PPFWX | A1WSTF44CN7YLC | Discussing Resolution |

| | | | | | |
|---|---|---|---|---|---|
| 15 | Amazon | JOICOM CORPORATION (Smartindex) | B08DLMRKHM | A2F97CWV4SAWYO | Discussing Resolution |
| 15 | Amazon | iDOO (Smartindex) | B098B3DF8W | A2F97CWV4SAWYO | |
| 16 | Amazon | FECiDA Grow Light | B08G8965S5 | A2EGUSEQOTD5XI | |
| 17 | Amazon | Phlizon | B07527N1F7 | AH440WDUIAWYA | |
| 18 | Amazon | Uallhome | B0945T2KNS | A22IUDL99Q9YSO | Dismissed |
| 19 | Amazon | VIVOSUN | B0BKPK5CKW | A2PQGFJXAT8J9K | Motion to Sever Pending |
| 20 | Amazon | Koscheal led grow light | B0DSNXW7T1 | A1BYGS9ETP2BQ0 | Discussing Resolution |
| 20 | Amazon | Koscheal led grow light | B0DSP8G84T | A1BYGS9ETP2BQ0 | |
| 20 | Amazon | Koscheal led grow light | B07SGNXHCK | A1BYGS9ETP2BQ0 | |
| 20 | Amazon | Koscheal led grow light | B07SKSR591 | A1BYGS9ETP2BQ0 | |
| 21 | ebay | FECiDA Grow Light | 317030622584 | cybil99 | |
| 22 | ebay | FECiDA Grow Light | 376189864690 | SupplierMaxx | |
| 23 | ebay | FECiDA Grow Light | 266709280689 | usa*storez | |
| 24 | ebay | FECiDA Grow Light | 315966557937 | ha-942251 | |
| 25 | ebay | FECiDA Grow Light | 127091373900 | Everydayideas | |
| 26 | ebay | GroCruiser Grow Light | 326640641655 | Cathy's Treasure and Gifts | |
| 27 | ebay | GroCruiser Grow Light | 116444372395 | Everydayideas | |
| 28 | ebay | GroCruiser Grow Light | 396294797254 | StoreWithSmile | |
| 29 | ebay | JINHONGTO | 376031829822 | The Vivid Vault | |
| 30 | ebay | KingLED | 335897753562 | Cottage House LLC | |
| 31 | ebay | KingLED | 315966541231 | ha-942251 | |
| 32 | ebay | KingLED | 277194518210 | Pro Accessoriez | |
| 33 | ebay | KingLED | 306376206820 | chenghanhsieh | |
| 34 | ebay | KingLED | 116587244166 | Everydayideas | |
| 35 | ebay | KingLED | 335897753851 | Cottage House LLC | |
| 36 | ebay | Philzon | 317030005235 | phlizon-AU999 | |
| 37 | ebay | BESTVA | 376005188242 | coldgrove | |
| 38 | ebay | BESTVA | 286660154545 | boost_your_beauty | |

| | | | | | |
|---|---|---|---|---|---|
| 39 | ebay | BESTVA | 306376199198 | chenghanhsieh | |
| 40 | ebay | BESTVA | 388304136535 | Med Spa Mania | |
| 41 | ebay | BESTVA | 376325972226 | SupplierMaxx | |
| 42 | ebay | FECiDA | 236132540905 | admpay | |
| 43 | ebay | Philzon | 296765342371 | bestphlizonledlight | |
| 44 | ebay | Uallhome | 127007109709 | hi-techrepairs | Dismissed |
| 45 | ebay | VIVOSUN | 315547470052 | vivosun-sgs | Motion to Sever Pending |
| 46 | ebay | Koscheal led grow light | 316752426717 | ukdaily-26 | |
| 47 | ebay | Koscheal led grow light | 167599825510 | GiGi's Last Elephant | |
| 48 | ebay | Koscheal led grow light | 277225924038 | jolapl8 | |
| 49 | newegg | TAURKENAM | 33K-01D8-000U1 | TAURKENAM | |
| 49 | newegg | TAURKENAM - FECiDA Grow Light | 33K-01D8-000N0 | TAURKENAM | |
| 49 | newegg | TAURKENAM - KINGLED | 33K-01D8-00100 | TAURKENAM | |
| 49 | newegg | TAURKENAM – KINGLED | 3K-01D8-00110 | TAURKENAM | |
| 49 | newegg | TAURKENAM - KOSCHEAL | 33K-01D8-000R1 | TAURKENAM | |
| 50 | Temu | FLUENCEGROW LED | 601100131509733 | 634418221248544 | Discussing Resolution |
| 50 | temu | FLUENCEGROW LED | 601100545175540 | 634418221248544 | |
| 50 | temu | FLUENCEGROW LED | 601101552544155 | 634418221248544 | |
| 51 | Walmart | KingLED | 15907064224 | JINTAI | |
| 51 | Walmart | Koscheal led grow light | 15922005213 | JINTAI | |
| 52 | Walmart | jinhuaxiangqingmaoyiyouxiangongsi | 7298972403 | 102493299 | |