IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KAPPA AGTECH, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Civil Action No. 1:25-CV-1503 (LMB/LRV) |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR RETURN OF BOND**

Plaintiff Kappa AgTech, LLC ("Plaintiff"), by counsel and pursuant to Local Rule 67, hereby moves for an Order to withdraw the $1,000.00 bond paid by Plaintiff in this case from the Court's Treasury Registry account and disburse the funds to Plaintiff.

**I.      Procedural History**

On September 9, 2025, Plaintiff filed a Verified Complaint against the defendants in Schedule A alleging infringement of its patents. (ECF 1). On September 19, 2025, the Court granted Plaintiff a Temporary Restraining Order which required Plaintiff to post a security bond. (ECF 16). On September 19, 2025, Plaintiff complied and deposited the bond into the Court's registry. On October 1, 2025, Plaintiff filed a motion for extension of the Temporary Restraining Order. (ECF 25). On October 2, 2025, the Court granted Plaintiff's motion for an extension of the Temporary Restraining order. (ECF 30). The Court's Order stipulated that the Temporary Restraining Order was extended until October 17, 2025. *Id.*

Throughout the pendency of the Temporary Restraining Order, Plaintiff engaged in resolution

discussions with the Schedule A defendants. During this time Plaintiff voluntarily dismissed the Schedule A defendants. On October 16, 2025, Plaintiff dismissed the final remaining Schedule A Defendants. (ECF 43-55).

On October 17, 2025, the Temporary Restraining Order expired, and no defendants remained in the case. No defendant raised a claim against Plaintiff that would warrant retention of the bond.

## II.     Argument

Plaintiff respectfully requests the return of its posted bond of $1,000.00. To the date of this Motion, none of the Defendants raised any issues or made any claims against Plaintiff that could have given rise to potential restitution out of the bond.

Under Local Rule 67, Plaintiff has submitted a draft order for disbursement that includes Plaintiff's counsel's name, address, and full employer identification number as the recipient of the funds on behalf of Plaintiff.

## III.    Conclusion

For the foregoing reasons, Plaintiff requests that this Court issue an Order to the Clerk to return Plaintiff's $1,000.00 bond to Plaintiff's counsel.

Date: October, 21, 2025                                         Respectfully submitted,

/s/      Erik N. Lund
Erik Lund (VSB No. 95877)
elund@dnlzito.com
Tel: 703-261-9084
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036
Fax: (703) 997-7534
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st Day of October, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

                                                /s/    Erik N. Lund
                                                By: Erik Lund
                                                VSB No.  95877